# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **RANDALL TUCKER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) **CIVIL ACTION NO. 08-0174-CG-M** |
| | ) |
| **HARRIS HUFFMAN, JR., SHERIFF OF** | ) |
| **DALLAS COUNTY,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This cause is before the court on the defendant's motion for partial dismissal of the plaintiff's amended complaint (Doc. 27), plaintiff's response thereto (Doc. 31), plaintiff's second motion to amend complaint (Doc. 32), and the defendant's objection thereto (Doc. 34).

Upon due consideration and based on the plaintiff's representation that he believes the defendant's motion to dismiss is well grounded, the defendant's motion for partial dismissal is hereby **GRANTED**.

With respect to the plaintiff's second motion to amend complaint, the plaintiff is **ORDERED** to file a reply to the defendant's objection **on or before September 5, 2008.**

**DONE and ORDERED** this the 21st day of August, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE